UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AIRTOURIST HOLDINGS, LLC, JASON CHEN, and EDGAR PARK,

    Petitioners,

-against-

HSBC BANK USA, N.A.,

    Respondent.

---

**ORDER CLOSING CASE**

21 Civ. 8097 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Petitioners instituted this turnover action on September 29, 2021 through a petition seeking funds held in Tan Xiangdong's ("Tan") accounts at Respondent HSBC. On November 17, 2021, I held a hearing at which neither Respondent nor Tan appeared. I granted the application for a turnover order and denied Petitioners' request for attorneys' fees. On January 19, 2022 I issued an order directing the Respondent to turn over $777,390.44 plus $97.70 for each day from November 18, 2021 until funds were transferred to Petitioners' counsel. *See* ECF No. 24. That amount was sufficient to satisfy Petitioners' judgment against Tan. On June 2, 2022 I denied Petitioners' motion to reconsider the denial of the request for attorneys' fees. *See* ECF No. 25.

    At a status conference on June 3, 2022 in related case No. 21 Civ. 7875, Petitioner's counsel represented that the above-captioned case is now resolved. All issues have been decided and there is no longer a case or controversy before me. Accordingly, the case is dismissed, and the Clerk shall mark the case closed.

    SO ORDERED.

Dated:    June 3, 2022                      __/s/ Alvin K. Hellerstein____
             New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge